No. 98–5268. WALKER *v.* UNITED STATES; and

No. 98–5325. DIAZ, AKA ROGERS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 142 F. 3d 103.

No. 98–5270. CORTES-RAMIREZ ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 98–5271. BULLIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 98–5272. PIERSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 98–5273. PRADE ET AL. *v.* JACKSON AND KELLY. C. A. 4th Cir. Certiorari denied. 

No. 98–5274. REED *v.* WILKINSON ET AL. C. A. 5th Cir. Certiorari denied. 

No. 98–5276. AILSWORTH *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 98–5278. JONES *v.* NORRIS, DIRECTOR, ARKANSAS DE-PARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 98–5279. KLAIMON *v.* CIGNA COS. ET AL. C. A. 5th Cir. Certiorari denied. 

No. 98–5280. LEWIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 98–5281. ALLEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 98–5283. McKOY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 98–5285. McLEAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 98–5287. MORROW *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied. 

No. 98–5288. JOHNSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 98–5289. NICHOLS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.